IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| DONALD BOOKER | § |
| VS. | §   CIVIL ACTION NO. 1:05cv451 |
| DOUG DRETKE | § |

MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING
<u>THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

Petitioner Donald Booker, an inmate at the Lewis Unit, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court heretofore referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The Magistrate Judge recommends the petition be dismissed as barred by the applicable statute of limitations.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  Petitioner filed a motion for certificate of appealability.  Interpreted liberally, plaintiff's motion is construed as objections to the Magistrate Judge's Report and Recommendation.  This requires a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R.

CIV. P. 72(b). After careful consideration, the court concludes Petitioner's objections are without merit.

O R D E R

Accordingly, Petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and are hereby **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **29** day of **November, 2005.**

_____
Ron Clark, United States District Judge